

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-17-00025-CR

_____

BOBBY RAY TURNER, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 16F0481-102

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Bobby Ray Turner, Jr., was convicted in Bowie County, Texas, of burglary of a habitation with a prior felony conviction and was sentenced to twenty years' incarceration. The trial court appointed J. Randle Smolarz to represent Turner on appeal, and on April 18, 2017, Smolarz filed an appellate brief on Turner's behalf.

It has come to this Court's attention that sometime after April 18, 2017, Smolarz was hired by the Bowie County District Attorney's Office as an assistant district attorney. The Bowie County District Attorney's Office is, obviously, representing the State in this matter. Given that Smolarz is now a member of the Bowie County District Attorney's Office, his continued representation of Turner in this matter is inappropriate.

In light of the foregoing, on our own motion, and in the interests of justice, we abate this appeal to the trial court with directions to relieve J. Randle Smolarz of any further responsibility in this matter and to appoint new counsel to represent Turner before this Court through the remainder of the appeal. We are confident that the Bowie County District Attorney's Office has established an appropriate wall between Smolarz and all aspects of this case.

The trial court need not hold a hearing to accomplish this new appointment. A written memorialization of the trial court's new appointment shall be entered into the record of the case and presented to this Court in the form of a supplemental clerk's record within five days of the date of this order, or on or before August 7, 2017. Upon receipt of the supplemental clerk's record identifying new counsel, this abatement will terminate. We will not withdraw the current

2

submission date of July 31, 2017, but will, instead, cease further consideration of the appeal until jurisdiction has been returned to this Court.

IT IS SO ORDERED.

BY THE COURT

Date:   July 31, 2017